UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT JOSEPH WHITCOMB,

      Defendant.
_____/

Case No. 1:09:CR:229

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 28, 2010, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Robert Joseph Whitcomb's plea of guilty to Count One of the Superseding Indictment is accepted. Defendant Robert Joseph Whitcomb is adjudicated guilty.

3. Defendant Robert Joseph Whitcomb shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.


Dated: February 11, 2010

                         /s/ Gordon J. Quist
                        GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE